IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHUKWUMA E. AZUBUKO,**

    **Plaintiff,**

vs.

**VERIZON INCORPORATED,**

    **Defendant.**                                **No. 04-CV-646-DRH**

## ORDER

**HERNDON, District Judge:**

    Before the Court is yet another unintelligible motion from Plaintiff Azubuko (Doc. 16). Since Plaintiff's motion neither sets forth any clear request for relief nor presents any intelligible argument, the Court **STRIKES** Plaintiff's motion (Doc. 16).

    **IT IS SO ORDERED.**

    Signed this 4th day of May, 2005.

                                                             /s/   David RHerndon
                                                              **United States District Judge**