IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHUKWUMA E. AZUBUKO,**

**Plaintiff,**

vs.

**VERIZON INCORPORATED,**

**Defendant.**                                        No. 04-CV-646-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is an unintelligible motion from Plaintiff Azubuko. (Doc. 18.) Since Plaintiff's motion neither sets forth any clear request for relief nor presents any intelligible argument, the Court **STRIKES** Plaintiff's motion. (Doc. 18.) Plaintiff may re-file the motion, but must do so in clear intelligible language stating precisely the purpose of the motion and the nature of the remedy he seeks.

**IT IS SO ORDERED.**

Signed this 30th day of October, 2006.

/s/       David    RHerndon
**United States District Judge**