IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHUKWUMA E. AZUBUKO,**

**Plaintiff,**

**vs.**

**VERIZON INCORPORATED,**

**Defendant.**                                                                 **No. 04-CV-646-DRH**

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's amended motion for new trial/re-opening. (Doc. 20.)  Once again Plaintiff's motion fails to set forth any clear request for relief or present any intelligible argument.  Furthermore, Plaintiff's case was dismissed nearly three years ago for lack of subject matter jurisdiction. (Doc. 3.) Plaintiff has repeatedly filed motions for reconsideration, all of which have been incomprehensible and repeatedly denied.  Therefore, Plaintiff's motion (Doc. 20) is **STRICKEN**.  This case is closed.  The Court will not entertain any future motions on this case by Plaintiff.

**IT IS SO ORDERED.**

Signed this 5th day of July, 2007.

/s/       David    RHerndon
**United States District Judge**