IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHUKWUMA E. AZUBUKO,**

**Plaintiff,**

vs.

**VERIZON INCORPORATED,**

**Defendant.**                                                              **No. 04-CV-646-DRH**

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on Plaintiff's motion for leave to proceed *in forma pauperis* on appeal. (Doc. 27.) While the Court finds that Plaintiff is indigent, the Court is unable to certify that this appeal is taken in good faith. ***See*** **28 U.S.C. § 1915(a)(3)**.

Plaintiff asserts in his affidavit in support of his motion that the issue he wishes to pursue on appeal is "non-disclosure of price for collect call telephone at a police's station detention - 42 U.S.C. 1981(b)." (Doc. 27, Affidavit, p. 1.) Since the inception of this case, Plaintiff has filed numerous motions, all of which failed to set forth any clear request for relief or present any intelligible arguments. The Court does not believe that Plaintiff has ever pursued this matter in good faith. Therefore,

Plaintiff's motion to proceed *in forma pauperis* on appeal (Doc. 27) is **DENIED**.

  **IT IS SO ORDERED.**

Signed this 13th day of August, 2007.


             /s/   David RHerndon
             **United States District Judge**